13-1975-cv
*Riddle v. Citigroup*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

        At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand fourteen.

PRESENT:
        JOSÉ A. CABRANES,
        GERARD E. LYNCH,
        RAYMOND J. LOHIER, JR.,
                *Circuit Judges.*

─────────────────────────────────

BEVERLY A. RIDDLE,

        *Plaintiff-Appellant*,

                v.                                                          No. 13-1975-cv

CITIGROUP, CITIBANK NA, CITI, JOSEPH BONELLI, BETH MCCAHEY,
ALISON LEVY, MARCIE MINTZ, JEFF HOLBROOK, SARAH LASHEN, SHERRIE
BACHTLER, KAREN SEGAL, HELEN O'HEHIR, LISA COEN, STEVE RANDICH,
ED ZOBITZ, CHUCK PRINCE, PAT FINN, VIKRAM PANDIT, MEMBERS OF THE
CITIGROUP BOARD OF DIRECTORS, JANE DOE(S), JOHN DOE(S),

        *Defendants-Appellees.*

─────────────────────────────────

**FOR PLAINTIFF-APPELLANT:**                 Beverly A. Riddle, *pro se*, New York, New
                                             York.

**FOR DEFENDANTS-APPELLEES:**     Ira G. Rosenstein and Melissa D. Hill,
Morgan, Lewis & Bockius LLP, New York,
NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Alvin K. Hellerstein, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court's judgment is **AFFIRMED**.

Appellant Beverly Riddle, proceeding *pro se*, appeals from the District Court's April 19, 2013 summary judgment dismissing her claim under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2601–54, against her former employer and various of its subsidiaries and employees. We assume the parties' familiarity with the underlying facts and the procedural history of the case, to which we refer only as necessary to explain our decision to affirm.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and that the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, LLP*, 321 F.3d 292, 300 (2d Cir. 2003). We are required to resolve all ambiguities and draw all inferences in favor of the nonmovant; the inferences to be drawn from the underlying facts revealed in materials such as affidavits, exhibits, interrogatory answers, and depositions must be viewed in the light most favorable to the nonmoving party. *See Nationwide Life Ins. Co. v. Bankers Leasing Assoc.*, 182 F.3d 157, 160 (2d Cir. 1999). Summary judgment is appropriate "[w]here the record taken as a whole could not lead a rational trier of fact to find for the non-moving party." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986).

Having conducted an independent and *de novo* review of the record and relevant case law in light of these principles, we affirm for substantially the same reasons articulated by the District Court in its decision of April 17, 2013.

We have considered all of the arguments raised by Riddle on appeal and find them to be without merit. For the reasons stated above, we **AFFIRM** the District Court's April 19, 2013 judgment.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2